# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | | |
|---|---|---|
| JORGE SUAREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A** |
| | ) | **CIVIL CASE** |
| v. | ) | **CASE NO. 5:17-cv-124-D** |
| | ) | |
| CAMPDEN PROPERTY TRUST, CAMDEN | ) | |
| DEVELOPMENT, INC., and CSP COMMUNITY | ) | |
| OWNER, LP, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion for summary judgment [D.E. 34], DENIES plaintiff's motion for partial summary judgment [D.E. 43], and DENIES AS MOOT plaintiff's motion for class certification [D.E. 39].

<u>**This Judgment Filed and Entered on March 21, 2019, and Copies To:**</u>

| | |
|---|---|
| Edward Hallett Maginnis | (via CM/ECF electronic notification) |
| Scott C. Harris | (via CM/ECF electronic notification) |
| Karl Stephen Gwaltney | (via CM/ECF electronic notification) |
| Patrick M. Wallace | (via CM/ECF electronic notification) |
| Kearns Davis | (via CM/ECF electronic notification) |
| Craig Daniel Schauer | (via CM/ECF electronic notification) |
| D.J. O'Brien, III | (via CM/ECF electronic notification) |
| Jennifer K. Van Zant | (via CM/ECF electronic notification) |
| Jessica Thaller-Moran | (via CM/ECF electronic notification) |

DATE:

March 21, 2019

PETER A. MOORE, JR., CLERK

(By) /s/ Nicole Sellers

 Deputy Clerk