UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JORGE SUAREZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:17-cv-00124 |
| v. | ) | |
| | ) | |
| CAMDEN PROPERTY TRUST, | ) | |
| CAMDEN DEVELOPMENT, INC., and | ) | |
| CSP COMMUNITY OWNER, LP f/k/a | ) | |
| CSP COMMUNITY OWNER, LLC, | ) | |
| d/b/a CAMDEN WESTWOOD, | ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFYING CLASS FOR PURPOSES OF SETTLEMENT, DIRECTING NOTICE TO THE CLASS, AND SCHEDULING FAIRNESS HEARING

Proposed intervenors Debra Rhino, Kristina Kish, Christopher Knapp, Florencia Hernandez, Bruno Asobo, Heather Mitchell, and Susan Reddick (collective, "New Class Representatives") (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, now move for an Order certifying the Classes, appointing Class Counsel, approving the content, form, and manner of notice proposed to be sent to all members of the Classes, and scheduling a fairness hearing. Plaintiffs' counsel have consulted with Defendants' counsel regarding this motion, and Defendants do not oppose this Motion.

For the reasons described in Plaintiffs' memorandum of law in support of this motion and the Declaration of Scott C. Harris attached hereto attached hereto as **Exhibit 1** as well as the Settlement Agreement with its attachments and exhibits attached hereto as **Exhibit 2**, Plaintiff respectfully requests that this Court grant the motion and enter the proposed Order on Preliminary Approval of Class Action Settlement.

Respectfully submitted this the 21st day of December, 2020.

                                **WHITFIELD BRYSON LLP**

                                */s/ Scott C. Harris*
                                Scott C. Harris
                                N.C. Bar No.: 35328
                                Patrick M. Wallace
                                N.C Bar No.: 48138
                                900 W. Morgan Street
                                Raleigh, North Carolina 27603
                                Telephone: (919) 600-5000
                                Facsimile: (919) 600-5035
                                scott@whitfieldbryson.com
                                pat@whitfieldbryson.com

                                MAGINNIS LAW, PLLC
                                Edward H. Maginnis
                                N.C. State Bar No. 39317
                                Karl S. Gwaltney
                                N.C. State Bar No. 45118
                                4801 Glenwood Avenue, Suite 310
                                Raleigh, North Carolina 27612
                                Telephone: 919-526-0450
                                Fax: 919-882-8763
                                emaginnis@maginnislaw.com
                                kgwaltney@maginnislaw.com

                                *Attorneys for proposed class representatives and/or intervenors*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 21st day of December, 2020, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

>WHITFIELD BRYSON LLP

>*/s/ Scott C. Harris*
>Scott C. Harris
>Patrick M. Wallace
>900 W. Morgan Street
>Raleigh, North Carolina 27603
>Telephone: (919) 600-5000
>Facsimile: (919) 600-5035
>scott@whitfieldbryson.com
>pat@whitfieldbryson.com